UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-60067-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MAURICE JOHNSON,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Defense Counsel, Leonardo Spitale, Jr.'s CJA Voucher No. FLS 10 4844 with appended time sheets requesting $11,386.30 as final payment for attorney's fees and costs pursuant to the Criminal Justice Act.

THE MATTER was referred to Magistrate Judge John O'Sullivan on January 10, 2011. A Report and Recommendation filed on March 30, 2011 recommended that Defense Counsel be paid a total of $10,986.30 ($762.50 for in-court hours, $10,137.50 for out-of-court hours and $86.30 for travel expenses) as fair and final compensation for his work on the above-referenced case. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. In addition, Defense Counsel filed a Notice of No Objections to the Report and Recommendation on March 30, 2011(D.E. #114). The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. Defense Counsel

shall be paid a total of $10,986.30 ($762.50 for in-court hours, $10,137.50 for out-of-court hours and $86.30 for travel expenses) as fair and final compensation for his work on the above-referenced case.

DONE AND ORDERED in chambers in Miami, Florida this 7 day of April, 2011.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record.